```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>WATERPROOFING SPECIALTIES, INC., a California corporation<br><br>                    Defendant. | NO.  C 07 1227 WDB<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for June 4, 2007 be September 10, 2007 at 4:00 p.m., 1301 Clay Street, Courtroom 4, 3rd Floor, Oakland, CA 94612.

Dated:__5/31/07_____        _____
                                  Honorable Wayne D. Brazil

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE