```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE BAY AREA    )   NO.  C 07 1227 WDB
    ROOFERS, et al.,                     )
12                                       )   ORDER TO CONTINUE CASE
                     Plaintiffs,         )   MANAGEMENT CONFERENCE
13                                       )
             vs.                         )
14                                       )
    WATERPROOFING SPECIALTIES, INC., a   )
15  California corporation               )
                                         )
16                   Defendant.          )
    _____)
17
```

IT IS ORDERED that the Case Management Conference in this case set for September 10, 2007 be continued to **November 15, 2007** at **4:00 p.m.** 1301 Clay Street, Courtroom 4, 3rd Floor, Oakland, CA 94612.

Dated:  9-6-2007

_____
Honorable Wayne D. Brazil

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE