1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE BAY AREA  )     NO. C 07 1227 WDB
   ROOFERS, et al.,                   )
12                                     )
                          Plaintiff,   )
13                                     )     ORDER TO CONTINUE CASE
             vs.                       )     MANAGEMENT CONFERENCE
14                                     )
   WATERPROOFING SPECIALITIES, INC.,   )
15 etc.                                )
                                       )
16                        Defendant.   )
   _____)
17

18          IT IS ORDERED that the Case Management Conference in this

19 case originally set for November 20, 2007 continued to December 18,

20 2007 at 4:00 p.m., 1301 Clay Street, Courtroom 4, 3rd Floor, Oakland,

21 CA 94612.

22 Dated:  11/16/07          _____    _____
                                       Honorable Wayne D. Brazil
23

24

25

26

27

28