| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. (415) 392-5431 | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] Recording requested by and return to: ERSKINE & TULLEY MICHAEL J. CARROLL (ST. BAR #50246) 220 MONTGOMERY #303, SAN FRANCISCO, CA 94104 [X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | | |

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Board of Trustees of the Bay Area Roofers, et al.

DEFENDANT: Waterproofing Specialties, Inc., a California corporation

**WRIT OF**
[X] EXECUTION (Money Judgment)
[ ] POSSESSION OF  [ ] Personal Property  [ ] Real Property
[ ] SALE

CASE NUMBER: 07-1227 WDB
FOR COURT USE ONLY

1. To the Sheriff or any Marshal or Constable of the County of:
   Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): Board of Trustees of the Bay Area Roofers, et al.
   is the [X] judgment creditor [ ] assignee of record
   whose address is shown on this form above the court's name.
4. Judgment debtor (name and last known address):

   Waterproofing Specialties, Inc.
   19655 Arnold Drive
   Sonoma, CA  95476

   [ ] additional judgment debtors on reverse
5. Judgment entered on (date): 1/02/08
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see reverse).
8. [ ] Joint debtor information on reverse.
[SEAL]

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ........................ $ 44,761.30
12. Costs after judgment (per filed order or memo CCP 685.090) ............... $ -0-
13. Subtotal (add 11 and 12) ............. $ 44,761.30
14. Credits ................................ $ -0-
15. Subtotal (subtract 14 from 13) ....... $ 44,761.30
16. Interest after judgment (per filed affidavit CCP 685.050) .................... $ -0-
17. Fee for issuance of writ ............. $ -0-
18. Total (add 15, 16, and 17) ........... $ 44,761.30
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) of ......... $
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3, CCP 699.220(b),(j)) ................... $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date): 6/12/08   Clerk, by _____ , Deputy

— NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION —

(Continued on reverse)

Form Approved by the Judicial Council of California
EJ-130 [Rev. July 1, 1996]
JC Forms for HotDocs ™

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
*See note on reverse